

FILED
9/12/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Kirk A. Thompson
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
_____
Cook County
_____
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

RECEIVED

SEP 06 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-8715
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey Cole
PC3

CHECK ONE ONLY:

   X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

  ____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

  ____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I. **Plaintiff(s):**

    A. Name: KIRK THOMPSON

    B. List all aliases: _____

    C. Prisoner identification number: B67569

    D. Place of present confinement: Vandalia C.C.

    E. Address: P.O. Box 500 Vandalia IL. 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Tom Dart
       Title: Cook County Sheriff
       Place of Employment: Cook County

    B. Defendant: _____
       Title: _____
       Place of Employment: _____

    C. Defendant: _____
       Title: _____
       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✗) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✗) NO ( )

C. If your answer is **YES**:

1. What steps did you take?
   I filed grievance on both claims

2. What was the result?
   None on Either

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D. If your answer is **NO**, explain why not:
   I never recieved no response

3

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is **YES**:

1. What steps did you take?

   I talked to the Conselor And he told me he could do nothing

2. What was the result?

   He kept spinning me in circles

H. If your answer is **NO**, explain why not:

4

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _N/A_

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

    D. List all defendants: _N/A_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

    F. Name of judge to whom case was assigned: _N/A_

    G. Basic claim made: _N/A_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

    I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim #I
I Kirk Thompson was charged on 8-5-14 with AGG Domestic Battery/STRA Battery Felon Poss/use weapon/FIR, on 04/22/15 Charge was Amended to Misdemeanor Battery Class A the case # 14CR1516101 Tom Dart never changed the conviction to Misdemeanor but left it on record as Class 2 Felony and 10-13-15 I was charge with VOP/AGG Domestic Battery/Strangle a charge that's not true, I had probation for Class A Misdemeanor Battery

Claim #II
While in the County from Aug 8, 2014 to April 22, 2015 I was in Div 6 and there was water coming in the cell it was cold the rest room and shower had mold on the walls, then I was put in Div 3 Annex and the building was Abandon, it was

6

mold in showers it was cold no heat, the roof was leaking rain inside when one dorm flushed the waste came into our rest room and flooded the floor, there was no hot water had to take cold showers there was lead in the paint there is also asbetos in the building, also bugs were everywhere.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory and punitive damages of 100,000.00 and correct the record of conviction

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1st day of Sept., 2016

Sworn to and subscribed before me this
1st day of September, 2016
Witness my hand and official seal.
Notary Public_Heather M Cloe_

_Kirk Thompson_
(Signature of plaintiff or plaintiffs)

KIRK THOMPSON
(Print name)

B67569
(I.D. Number)

P.O. Box 500
Vandalia IL. 62471
(Address)

OFFICIAL SEAL
HEATHER M. CLOE
Notary Public - State of Illinois
My Commission Expires 4/08/2019

8

Revised 9/2007



Thomas J. Dart
Sheriff

John Murphy
Executive Director

## COOK COUNTY SHERIFF | DEPARTMENT OF CORRECTIONS
### RECORDS OFFICE
2700 S. California Avenue
Chicago, Illinois 60608
Tel: (773) 674-2390
Fax: (773) 674-6643

## VERIFICATION OF INCARCERATION

JAIL BOOKING NUMBER: 20140808301   TODAY'S DATE: 05-24-2016
REGARDING: THOMPSON, KIRK A
       SUBJECT'S NAME
DATE OF BIRTH: 07-03-1962
SOCIAL SECURITY NUMBER: N/A

Pursuant to your request the following information is submitted:

Date entered in CCDOC: 08-08-2014

| | | | |
|---|---|---|---|
| Date Released: | 04-22-2015 | Date Released: | 04-22-2015 |
| Case / Docket # | 14CR1516101 | Case / Docket # | 13CR0185301 |
| Charge(s): | AGG DOMESTIC BATTERY/STRANGLE | Charge(s): | IDENTITY THEFT >$2K - $10K |
| Disposition: | PROBATION | Disposition: | TIME CONSIDERED SERVED |
| Disposition Date: | 04-22-2015 | Disposition Date: | 04/22/2015 |
| Next Court Date: | | Next Court Date: | |

_____ #28 5-24-16
Signature of A.A. Completing form

Thomas J. Dart
Sheriff



John Murphy
Executive Director

## COOK COUNTY SHERIFF | DEPARTMENT OF CORRECTIONS
### RECORDS OFFICE
2700 S. California Avenue
Chicago, Illinois 60608
Tel: (773) 674-2390
Fax: (773) 674-6643

## VERIFICATION OF INCARCERATION

JAIL BOOKING NUMBER: 20151013168    TODAY'S DATE: 05-24-2016
REGARDING: THOMPSON, KIRK A
            SUBJECT'S NAME
DATE OF BIRTH: 07-03-1962
SOCIAL SECURITY NUMBER: N/A

Pursuant to your request the following information is submitted:

Date entered in CCDOC: 10-13-2015

| | | | |
|---|---|---|---|
| Date Released: | 11-12-2015 | Date Released: | 11-12-2015 |
| Case / Docket # | 14CR1516101 | Case / Docket # | 15112495801 |
| Charge(s): | VOP/AGG DOMESTIC BATTERY/STRANGLE | Charge(s): | POSS AMT CON SUB EXCEPT(A)/(D) |
| Disposition: | I-BOND/I-7601519 | Disposition: | NOLLE PROS |
| Disposition Date: | 11-09-2015 | Disposition Date: | 11-03-2015 |
| Next Court Date: | — | Next Court Date: | — |

Signature of A.A. Completing form

```
                IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS           Page 001

       PEOPLE OF THE STATE OF ILLINOIS

                         VS                 NUMBER 14CR1516101

       KIRK        A THOMPSON

               CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

  720-5/12-3.3(A-5)                         F 2       AGG DOMESTIC BATTERY/STRA
A 720-5/12-3A                               M A       BATTERY
  720-5/24-1.1(A)                           F 3       FELON POSS/USE WEAPON/FIR
The following disposition(s) was/were rendered before the Honorable Judge(s):


08/28/14 IND/INFO-CLK OFFICE-PRES JUDGE              09/04/14 1701
09/04/14 CASE ASSIGNED                               09/11/14 5703
     BIEBEL, PAUL JR.
09/04/14 DEFENDANT IN CUSTODY
     BYRNE, THOMAS J.
09/08/14 HEARING DATE ASSIGNED                       09/11/14 5703
09/11/14 APPEARANCE FILED
     SULLIVAN, SHARON M.
09/11/14 DEFENDANT ARRAIGNED
     SULLIVAN, SHARON M.
09/11/14 PLEA OF NOT GUILTY
     SULLIVAN, SHARON M.
09/11/14 ADMONISH AS TO TRIAL IN ABSENT
     SULLIVAN, SHARON M.
09/11/14 CONTINUANCE BY AGREEMENT                    10/14/14 5703
     SULLIVAN, SHARON M.
10/14/14 DEFENDANT IN CUSTODY
     SULLIVAN, SHARON M.
10/14/14 CONTINUANCE BY AGREEMENT                    11/18/14 5703
     SULLIVAN, SHARON M.
11/18/14 DEFENDANT IN CUSTODY
     SULLIVAN, SHARON M.
11/18/14 CONTINUANCE BY AGREEMENT                    12/17/14 5703
     SULLIVAN, SHARON M.
12/17/14 DEFENDANT IN CUSTODY
     SULLIVAN, SHARON M.
12/17/14 CONTINUANCE BY AGREEMENT                    01/05/15 5703
     SULLIVAN, SHARON M.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                VS          NUMBER 14CR1516101

   KIRK      A THOMPSON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
01/05/15 DEFENDANT IN CUSTODY
         SULLIVAN, SHARON M.
01/05/15 CONTINUANCE BY AGREEMENT                   01/27/15 5703
         SULLIVAN, SHARON M.
01/27/15 DEFENDANT IN CUSTODY
         SULLIVAN, SHARON M.
01/27/15 MOTION FOR DISCOVERY                          D        2
         SULLIVAN, SHARON M.
01/27/15 CONTINUANCE BY AGREEMENT                   03/17/15 5703
         SULLIVAN, SHARON M.
03/17/15 DEFENDANT IN CUSTODY
         SULLIVAN, SHARON M.
03/17/15 MOTION STATE - CONTINUANCE -MS             04/22/15 5703
         SULLIVAN, SHARON M.
03/17/15 DEF DEMAND FOR TRIAL
         SULLIVAN, SHARON M.
04/22/15 ADMONISH PER SP CT RULE 402
         SULLIVAN, SHARON M.
04/22/15 NOLLE PROSEQUI                       C001
         SULLIVAN, SHARON M.
04/22/15 NOLLE PROSEQUI                       C003
         SULLIVAN, SHARON M.
04/22/15 CHARGE AMENDED TO MISDEMEANOR        C002
     AMENDED TO MIS BATTERY, CLASS A, MIS
         SULLIVAN, SHARON M.
04/22/15 PLEA OF GUILTY                       C001
         SULLIVAN, SHARON M.
04/22/15 JURY WAIVED
         SULLIVAN, SHARON M.
04/22/15 FINDING OF GUILTY                    C001
         SULLIVAN, SHARON M.
04/22/15 PROB AND OTHER DISC CONDS            C001
              24 MTH
         SULLIVAN, SHARON M.
04/22/15 DEFENDANT FINED                      C001              $      289
         SULLIVAN, SHARON M.
04/22/15 DEF ADVISED OF RIGHT TO APPEAL
         SULLIVAN, SHARON M.
```